**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **CHARLES E. THORNTON, #Y19115,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **JOHN DOES 1-10 and** ) <br> **CURRENT WARDEN OF MENARD** ) <br> **CORRECTIONAL CENTER,** ) <br> ) <br> **Defendants.** ) | Case No. 24-cv-00234-SMY |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Staci M. Yandle, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendants. Plaintiff shall recover nothing, and the action is **DISMISSED** with prejudice for failure to comply with the Court's Orders and for failure to prosecute the claims, the parties to bear their own costs.

**DATED**: February 24, 2025

                                                                    MONICA A. STUMP
                                                                    CLERK of COURT

                                                                    By: _s/ Megan Moyers,_
                                                                            Deputy Clerk

APPROVED: _s/ Staci M. Yandle_
                   Staci M. Yandle
                   United States District Judge